UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **LaDonna Reed,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No.: 2:23-cv-169-TLS-JPK |
| **Unlimited Progress Corporation Collection Service, d/b/a Creditors' Discount & Audit Company,** | ) ) ) ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF SETTLEMENT

Comes now Plaintiff, LaDonna Reed, by and through her undersigned counsel, and hereby notifies the Court that the above captioned lawsuit has been settled with Defendant as to all parties and all claims. Plaintiff anticipates filing a Motion to Dismiss within 30 days.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN 46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023 a copy of the foregoing Notice of Settlement was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Jennifer Kalas
Hinshaw & Culbertson, LLP
Counsel for Defendant
jkalas@hinshawlaw.com

Respectfully Submitted,

/s/John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East Street, Suite D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com