# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| **LaDonna Reed,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )  Case No.: 2:23-cv-169-TLS-JPK |
| | ) |
| **Unlimited Progress Corporation** | ) |
| **Collection Service, d/b/a Creditors'** | ) |
| **Discount & Audit Company,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, LaDonna Reed, by counsel, and Defendant, Unlimited Progress Corporation Collection Service, by counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each party to bear their own attorney fees and costs.

Respectfully Submitted,

/s/ Jennifer Kalas
Jennifer Kalas
Hinshaw & Culbertson, LLP
Counsel for Defendant
jkalas@hinshawlaw.com


/s/John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
Counsel for Plaintiff
5214 S. East Street, Suite D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com